NATIONAL TRAILER CONVOY, INC., ET AL. *v.*
UNITED STATES ET AL.

No. 1169.   Decided May 5, 1969.

*William J. Lippman, Robert Joyner,* and *Roland Rice* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Raymond M. Zimmet* for the United States et al., and *William P. Sullivan* and *William P. Jackson, Jr.,* for appellee Contract Carrier Conference of American Trucking Assns., Inc.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.